47 327|
50 482|

Jesse M. Forsyth et al., appellants,

*v.*

George W. Forsyth, respondent.

On appeal from a decree advised by Vice-Chancellor Van Fleet, whose opinion is reported in *1 Dick. Ch. Rep. 400*.

*Mr. William E. Skinner*, for the appellants.

*Mr. Theodore Little*, for the respondent.

Per Curiam.

This decree is affirmed, for the reasons given in the court of chancery.

*For affirmance*—The Chief-Justice, Dixon, Garrison, Magie, Reed, Scudder, Van Syckel, Brown, Clement, Cole, Smith, Whitaker—12.

*For reversal*—None.